UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES,<br><br>      Plaintiff,<br><br>v.<br><br>SAN FRANCISCO HUMAN SERVICES AGENCY, et al.,<br><br>      Defendants. | Case No. 4:18-cv-07415-KAW<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 10 |

On February 5, 2019, Plaintiff Jesus Torres filed an administrative motion to continue the case management conference to April 10, 2019. (Dkt. No. 10.) Defendant City and County of San Francisco noted that the case management conference was scheduled for March 12, 2019, rather than February 5, 2019 as provided by Plaintiff, but it did not object to a continuance. (Dkt. No. 11.)

Accordingly, the Court continues the case management conference to **Tuesday, April 9, 2019** at U.S. District Court, 1301 Clay Street, Oakland, California. Case management statements are due on or before April 2, 2019.

IT IS SO ORDERED.

Dated: February 28, 2019

                                                          KANDIS A. WESTMORE<br>
                                                          United States Magistrate Judge