UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES,<br><br>    Plaintiff,<br><br>v.<br><br>SAN FRANCISCO HUMAN SERVICES AGENCY, et al.,<br><br>    Defendants. | Case No. 4:18-cv-07415-KAW<br><br>**ORDER TO SHOW CAUSE; ORDER CONTINUING HEARING ON MOTION; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 14 |

    Plaintiff Jesus Torres, proceeding pro se, filed this lawsuit alleging civil rights violations in connection with the termination of the benefits he was receiving from the City and County of San Francisco's County Adult Assistance Program ("CAAP Program").

    On March 1, 2019, Defendants filed a motion for judgment on the pleadings. (Dkt. No. 14.) Plaintiff's opposition was due on March 18, 2019. To date, Plaintiff has not filed an opposition.

    Accordingly, by no later than **April 12, 2019**, the Court orders Plaintiff to (1) file a response to this order to show cause and explain why his case should not be dismissed for failure to prosecute, and (2) file an opposition to the motion for judgment on the pleadings. The response to this order to show cause and the opposition should be filed as separate documents. To aid in his compliance with this order, Plaintiff may wish to contact the Federal Pro Bono Project's Help Desk—a free service for pro se litigants— by calling (415) 782-8982 to make an appointment to obtain legal assistance from a licensed attorney.

    Failure to timely respond to this order to show cause may result in the dismissal of this action for failure to prosecute. *See* Judge Westmore's General Standing Order ¶ 22 ("The failure of the opposing party to file a memorandum of points and authorities in opposition to any motion

1 shall constitute consent to the granting of the motion").

2 Should Plaintiff timely file his opposition, Defendants are permitted to file their reply on or
3 before April 19, 2019.

4 Additionally, the May 2, 2018 hearing on the motion for judgment on the pleadings is
5 continued to **May 16, 2019** at U.S. District Court, 1301 Clay Street, Oakland, California at 1:30
6 p.m. in Courtroom 4.

7 Lastly, the case management conference scheduled for April 9, 2019 is continued to **July
8 30, 2019** at U.S. District Court, 1301 Clay Street, Oakland, California at 1:30 p.m. in Courtroom
9 4. Case management statements are due on or before July 23, 2019.

10 IT IS SO ORDERED.

11 Dated: March 25, 2019

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge

2