United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES,<br><br>    Plaintiff,<br><br>v.<br><br>SAN FRANCISCO HUMAN SERVICES AGENCY, et al.,<br><br>    Defendants. | Case No. 4:18-cv-07415-KAW<br><br>**ORDER DISREGARDING COURT FILING**<br><br>Re: Dkt. No. 38 |

On October 18, 2019, Plaintiff Jesus Torres filed a form titled "Violation Warning: Denial of Rights Under Color of Law (Form COL)." (Dkt. No. 38.) The Court, however, does not recognize this form and will not consider it in relation to any pending or future filing or motion.

To the extent that Plaintiff wishes to preserve some right or is attempting to exhaust an administrative remedy, he has filed the form with the wrong entity, and he is responsible for filing the form with the correct agency. Plaintiff is advised that the failure to timely file the form with the correct agency may result in him being unable to seek relief by way of a future lawsuit.

IT IS SO ORDERED.

Dated: November 18, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge